United States District Court

Eastern District of California

James McElroy,

     Petitioner,                      Civ. S 05-1749 DFL PAN P

  vs.                              Order

United States Sentencing and
Parole Commission,

     Respondent.

-oOo-

Petitioner, a prisoner without counsel, is "serving his federal time" in Mule Creek State Prison in Ione, California. He commenced this action in the United States District Court for the Southern District of New York, challenging the execution of his 60-year sentence imposed in <u>United States v. Coonan, et al.</u>, No. 87 Cr. 249 (WK) (S.D.N.Y. May 11, 1998), and claiming the failure to parole him violates due process. That court construed the case as a habeas petition and transferred it to this court as the one having jurisdiction over petitioner's custodian, citing <u>Braden v.</u>

1  <u>30th Judicial Circuit Court of Kentucky</u>, 410 U.S. 484, 494-95
2  (1973).
3      Good cause appearing, the Clerk of the Court shall serve a
4  copy of this order, together with a copy of all documents submitted
5  with the September 1, 2005, transfer order, on the United States
6  Attorney or his authorized representative.  Respondent shall
7  respond within 30 days.  Petitioner's reply, if any, is due 30 days
8  thereafter.
9      Dated:  December 27, 2005.

                /s/ Peter A. Nowinski
                PETER A. NOWINSKI
                Magistrate Judge