United States District Court

Eastern District of California

James McElroy,

        Petitioner,                      No. Civ. S 05-1749 DFL PAN P

    vs.                               Order

United States Sentencing and
Parole Commission,

        Respondent.

-oOo-

    January 20, 2006, respondent requested an extension to respond to documents attached to the September 1, 2005, transfer order from the Southern District of New York.  Good cause appearing, respondent's request is granted and time is extended until 30 days from the date this order is signed.

    So ordered.

    Dated:  January 31, 2006.

                                            /s/ Peter A. Nowinski
                                            PETER A. NOWINSKI
                                            Magistrate Judge